UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICHARD WINDMAYER,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
05-CV- 3889 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 12, 2006, granting the Commissioner's motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the Commissioner's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
       September 14, 2006

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court